IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Maddox, Patricia A

Printed: 12/19/07

Case Number: 07 B 19938
Judge: Hollis, Pamela S
Filed: 10/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 2. | Park West Condo Association | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 7,500.00 | 0.00 |
| 5. | HSBC Mortgage Services | Secured | 139,000.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 65.79 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 6.34 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 11.99 | 0.00 |
| 9. | MKM Acquisitions LLC | Unsecured | 19.05 | 0.00 |
| 10. | B-Real LLC | Unsecured | 74.08 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 45.49 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 36.94 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 161.52 | 0.00 |
| 14. | Libertyville Bank | Secured |  | No Claim Filed |
| 15. | Fifth Third Bank | Secured |  | No Claim Filed |
| 16. | Thomas D Rosenwein Ltd | Secured |  | No Claim Filed |
| 17. | United States Attorney Office | Priority |  | No Claim Filed |
| 18. | Internal Revenue Service | Priority |  | No Claim Filed |
| 19. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 20. | Thomas D Rosenwein Ltd | Unsecured |  | No Claim Filed |
| 21. | Fifth Third Bank | Unsecured |  | No Claim Filed |
| 22. | Calvary Portfolio Services | Unsecured |  | No Claim Filed |
| 23. | Bank One | Unsecured |  | No Claim Filed |
| 24. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 25. | Bank Of America | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Maddox, Patricia A

Printed: 12/19/07

Case Number: 07 B 19938
Judge: Hollis, Pamela S
Filed: 10/26/07

| # | Creditor | Type | Claim |
|---|---|---|---|
| 26. | Capital One | Unsecured | No Claim Filed |
| 27. | Capital One | Unsecured | No Claim Filed |
| 28. | Global Payments | Unsecured | No Claim Filed |
| 29. | Computer Credit Service Corp | Unsecured | No Claim Filed |
| 30. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 31. | Illinois Designated Student Loan | Unsecured | No Claim Filed |
| 32. | Illinois Collection Service | Unsecured | No Claim Filed |
| 33. | Illinois Designated Student Loan | Unsecured | No Claim Filed |
| 34. | Spiegel | Unsecured | No Claim Filed |
| 35. | Merchants Credit Guide | Unsecured | No Claim Filed |
| 36. | MBNA America | Unsecured | No Claim Filed |
| 37. | Nicor Gas | Unsecured | No Claim Filed |
| 38. | Northview Bank & Trust | Unsecured | No Claim Filed |
| 39. | Toyota Motor Credit Corporatio | Unsecured | No Claim Filed |
| 40. | Hsbc Nv | Unsecured | No Claim Filed |
| 41. | Target | Unsecured | No Claim Filed |
| 42. | Hsbc Nv | Unsecured | No Claim Filed |
| 43. | Northview Bank & Trust | Unsecured | No Claim Filed |
| 44. | Nicor Gas | Unsecured | No Claim Filed |

_____    _____
$ 146,921.20    $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate    Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*