UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | MADDOX, PATRICIA A | § | Case No. 07-19938 |
| | | § | |
| | P&C PLACEMENT SERVICES INC | § | |
| Debtor(s) | | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 05/18/2010 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/14/2010          By:   /s/GLENN R. HEYMAN
                                       Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: MADDOX, PATRICIA A | § | Case No. 07-19938 |
| | § | |
| P&C PLACEMENT SERVICES INC | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 9,001.92

*and approved disbursements of*  $ 7.82

*leaving a balance on hand of* [1]  $ 8,994.10

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* | |
|---|---|---|
| Washington Mutual Bank | $ 0.00 | * |
| Household Finance Corporation III | $ 0.00 | ** |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | GLENN R. HEYMAN | $ 1,650.19 | $ |
| Attorney for trustee | Crane, Heyman, Simon, Welch & Clar | $ 6,436.25 | $ 315.00 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*    *Fees*    *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

*Withdrawn per Court Order 12/03/2007
**Withdrawn by claimant 12/31/2009 doc#110

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $381.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 13P | Illinois Department of Revenue | $  381.69 | $  381.69 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,348.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | CHASE BANK USA, NA. | $  2,469.36 | $  11.00 |
| 2 | Roundup Funding, LLC | $  5,384.09 | $  23.99 |
| 3 | Roundup Funding, LLC | $  1,231.23 | $  5.49 |
| 4 | Roundup Funding, LLC | $  399.66 | $  1.78 * |
| 5 | Roundup Funding, LLC | $  2,193.06 | $  9.77 |
| 6 | PEOPLES GAS LIGHT & COKE CO. | $  211.18 | $  0.94 * |
| 7 | MLM Acquisitions LLC | $  635.07 | $  2.83 * |
| 8 | Commonwealth Edison & Co | $  1,516.25 | $  6.76 |
| 10 -2 | Park West Townhome Condominium Association | $  16,617.59 | $  74.04 |
| 11 | eCAST Settlement Corp. assignee of HSBC Bank Nevada | $  411.35 | $  1.83 * |
| | NORTH SHORE SAME DAY | | |

*Dividends under $5.00 will be deposited w/theCourt.

**UST Form 101-7-NFR (9/1/2009)**

| Claim # | Claimant | Allowed Amt. | Proposed Payment |
|---|---|---|---|
| 12 | SURGERY | $ 250.00 | $ 1.11* |
| 13U | Illinois Department of Revenue | $ 4,068.50 | $ 18.13 |
| 14 | US Bank | $ 9,028.07 | $ 40.23 |
| 16 | eCAST Settlement Corporation SUCCESSOR to Spiegel | $ 2,932.66 | $ 13.07 |

*Dividends under $5.00 will be deposited w/the Court.

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                     Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                     Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: preed                 Page 1 of 2              Date Rcvd: Apr 15, 2010
Case: 07-19938                Form ID: pdf006             Total Noticed: 77


The following entities were noticed by first class mail on Apr 17, 2010.
db            Patricia A Maddox,    3519 Grove St,    Skokie, IL   60076
tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,     135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
14772909     +AT&T,    Bankruptcy Department,    PO Box 769,    Arlington TX 76004-0769
13813407     +AT&T,    P O BOX 78522,    Phoenix AZ 85062-8522
11706385     +American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4436
11706376     +American General,    7412 N Western Ave,    Chicago, IL 60645-1730
11706388     +Bank One NA,    1 N Dearborn St,    Room 1503,    Chicago, IL 60602-4331
11706387     +Bank of America,    P O Box 17054,    Wilmington, DE 19884-0001
14507870     +Best Source,    6655 Highland Road,    Waterford, MI 48327-1675
13813396      Brodley A Rush,    9613 Cedar St,    Silver Spring MD 20910
11706389    ++++CALVARY PORTFOLIO,    7 SKYLINE DR STE 350,    HAWTHORNE NY   10532-5101,    Hawthorne, NY 10532
              (address filed with court: Calvary Portfolio,     7 Skyline Dr,    3rd Fl,    Hawthorne, NY 10532)
12217476      CHASE BANK USA, NA.,    PO BOX 15145,    WILMINGTON, DE 19850-5145
11706390     +Cap One Bk,    P O Box 85520,    Richmond, VA 23285-5520
11706391     +Chase,    800 Brookedge Blvd,    Westerville, OH 43081-2822
11706455     +Computer Credit Svc Co,    P O Box 60201,    Chicago, IL 60660-0201
13813397     +Credit Management,    4200 Internationl Pkwy,    Carrollton TX 75007-1912
14772911      Daniel Winters,    C/O Jenner & Block,    363 N Clark St,    Chicago, IL 60654
14772913     +Diver Grach Quade & Masini,    111 County,    Waukegan, IL 60085-4325
11706377    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,     1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     38 Fountain Square Plaza,    Cincinnati, OH 45202)
11706456     +First Card,    2500 Westfield Dr,    Elgin, IL 60124-7836
13813398     +First Consumer National Bank,    101 Crossway Park West,     Woodbury, NY 11797-2020
11706543     +Global Payments Inc,    P O box 59371,    Chicago, IL 60659-0371
11706545      HSBC NV,    P O Box 19360,    Salinas, CA 93901
14507872     +Herrera Landscaping,    8836 Lincolnwood Dr,    Evanston, IL 60203-1927
14475900     +Household Finance Corporation III,    636 Grand Regency Blvd.,     Brandon, FL 33510-3942
11706378     +Household Mortgage Services,    P O Box 9068,    Brandon, FL 33509-9068
11706546     +II Designated,    1755 Lake Cook Rd,    Deerfield, IL 60015-5215
12161871    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
               100 W. Randolph Street, Suite 7-400,    Chicago, IL 60601)
11706383      IRS,    5860 W 111th St,    Stop 5116,    Chicago Ridge, IL 60415-2274
11706547     +Illinois Collection Se,    8231 185th St,    Suite 100,    Tinley Park, IL 60487-9356
11706379     +Kovitz Shifrin & Nesbit,    Park West Condo Association,     750 Lake Cook Rd #350,
               Buffalo Grove, IL 60089-2088
14772910     +Law Offices of Nicolel G Lawson,    7821 S Western Ave,    Chicago, IL 60620-5823
11706380     +Libertyville Bank & Trust,    507 N Milwaukee,    Libertyville, IL 60048-2000
11706548     +MBNA,    P O Box 15026,    Wilmington, DE 19850-5026
11750119     +MLM Acquisitions LLC,    First Card Services Visa,     P O BOX 9010,    Woodbury, New York 11797-9010
13813405     +Macy's,    P O BOX 8113,    Mason, OH 45040-8113
11706549     +Merchants Cr,    223 W Jackson St,    Chicago, IL 60606-6993
13813410     +Michael L Shevock,    200 W Madison St #2040,    Chicago, IL 60606-3416
13813399      NCI/Collection Agency,    P O BOX Crossway Park West,     Philadelphia PA 19101
11933866     +NORTH SHORE SAME DAY SURGERY,    C/O JAMES T. GATELY,     8233 W. 185TH STREET,
               TINLEY PARK, IL 60487-9220
13813400      Nco/Inovision Medical,    507 Preidental Rd,    Horstrom PA 19066
13813401     +North Shore Gas,    3001 Grand Avenue,    Waukegan, IL 60085-2396
12884283     +Northwestern University,    Student Loan Otte,    555 Clark St,    Evanston, IL 60208-1227
11706551     +Nview B&T,    245 Waukegan,    Northfield, IL 60093-2759
13813404     +Office Max,    P O BOX 9163,    Des Moines IA 50368-0001
11732101     +PEOPLES GAS LIGHT & COKE CO.,    130 E RANDOLPH DRIVE,     CHICAGO, IL 60601-6207
11796175     +Park West Townhome Condominium Association,     c/o Keay & Costello, P.C.,
               128 South County Farm Road,    Wheaton, Illinois 60187-2400
11706552     +Peoles Energy,    130 E Randolph,    Chicago, IL 60601-6302
13813395     +Roger H Simon Geo,    1 Rorsry C Suite 301,    1560 Sherman Ave,    avanston IL 60201-4818
13813408      SBC,    Bill Payment Center,    Chicago, IL 60663
11706553     +Sears Cbsd,    P O Box 6189,    Sioux Falls, SD 57117-6189
14507871     +Skokie Public Library,    5215 Oakton St,    Skokie, IL 60077-3680
11706554     +Spiegel,    101 Crossway Park West,    Woodbury, NY 11797-2020
14772912      Sprint,    KSOPHT0101-24300,    6391 Sprint Parkway,    Overland, KS 66251
13813406      Staples,    P O BOX 90020,    Des Moines IA 30368
14772914     +T-Mobile,    PO Box 53410,    Bellevue, WA 98015-3410
11706381     +Thomas D Rosenwein,    140 S Dearborn,    Suite 404,    Chicago, IL 60603-5230
11706555     +Tnb-Target,    P O Box 673,    Minneapolis, MN 55440-0673
11706556     +Toyota Motor,    155 Pfingsten,    Deerfield, IL 60015-5293
12292200     +US Bank,    P O BOX 451193,    Westlake, Ohio 44145-0630
13813409     +United Recovery Systems Inc,    P O BOX 722929,    Houston TX 77272-2929
11706384     +United States Attorney,    219 S Dearborn,    Chicago, IL 60604-1708
12036551      Village of Skokie,    5727 Oakton St,    Skokie, IL 60077
11772316      Washington Mutual Bank,    PO Box 44090,    Jacksonville, Florida 32231-4090
11706382     +Washington Mutual Home,    324 W Evans St,    Florence, SC 29501-3430
14489777      eCAST Settlement Corporation SUCCESSOR to Spiegel,     Acceptance Corp,    POB 35480,
               Newark NJ 07193-5480
11904058      eCAST Settlement Corporation assignee of,     HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
```

```
District/off: 0752-1          User: preed               Page 2 of 2                  Date Rcvd: Apr 15, 2010
Case: 07-19938                Form ID: pdf006           Total Noticed: 77
```

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Apr 15, 2010.
```
11706386     +E-mail/Text: RBALTAZAR@ARMORSYS.COM                                     Armor Systems,   2322 N Green Bay,
              Waukegan, IL 60087-4209
11726741      E-mail/PDF: BNCEmails@blinellc.com Apr 16 2010 02:14:36     B-Real, LLC,   MS 550,   PO Box 91121,
              Seattle, WA 98111-9221
11706392     +E-mail/Text: legalcollections@comed.com                                 Commonwealth Edison & Co,
              System Credit/Bankruptcy Dept,   2100 Swift Dr,   Oak Brook, IL 60523-1559
11706542     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2010 02:14:09     Gemb JCP,   P O Box 984100,
              El Paso, TX 79998-4100
11706544     +E-mail/Text: bkynotice@harvardcollect.com                               Harvard Collection,
              4839 N Elston Ave,   Chicago, IL 60630-2589
11969783     +E-mail/Text: bankrup@nicor.com                           Nicor Gas,   PO Box 549,
              Aurora IL 60507-0549
11706550     +E-mail/Text: bankrup@nicor.com                           Nicor Gas,   1844 Ferry Rd,
              Naperville, IL 60563-9600
11726742      E-mail/PDF: BNCEmails@blinellc.com Apr 16 2010 02:14:36     Roundup Funding, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
13813402     +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2010 02:14:09     Sam's Club Credit Card,
              PO BOX 530942,   Altanta GA 30353-0942
13813403     +E-mail/Text: resurgentbknotifications@resurgent.com                     Sherman Acquisitions,
              P O BOX 740281,   Houston, TX 77274-0281
                                                                                                 TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2010**          **Signature:**   *Joseph Speetjens*